In the Matter of PUBLIC SERVICE INTERSTATE TRANS-PORTATION COMPANY, INC., Respondent, v. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Appellants.

(Submitted February 8, 1932; decided February 16, 1932.)

*Ernest W. Hofstatter* for motion.
*B. Meredith Langstaff* and *Russell B. Burnside* opposed.
Motion denied.